IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| YANG KOUA MOUA, | § |
| | § |
| Petitioner, | § |
| | § |
| v. | § CAUSE NO. EP-26-CV-484-KC |
| | § |
| KRISTI NOEM, | § |
| | § |
| Respondent. | § |

## ORDER

On this day, the Court considered Yang Koua Moua's Petition for a Writ of Habeas Corpus, ECF No. 1. On February 19, 2026, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted. Feb. 19, 2026, Order 2, ECF No. 2. Respondents were to specify: the circumstances that make Moua's removal likely, what concrete steps and obstacles remain to effectuate removal, and the anticipated timeline for completion. *Id.*

Respondents state that Enforcement and Removal Operations ("ERO") El Paso has submitted a travel document request for Moua to ERO headquarters on February 2. Resp. Ex. A ("Lopez Decl.") ¶ 7, ECF No. 3-1. On February 13, ERO headquarters submitted the travel document request to "the Attache assigned to Laos for processing." *Id.* ¶ 8. Respondents state that Moua "will be scheduled for a removal flight" as soon as the travel document is issued. *Id.* ¶ 9. Thus, Respondents are making concrete efforts to effectuate Moua's removal.

Accordingly, Respondents are **ORDERED** to **FILE** a status update by **no later than April 6, 2026**, specifying:

(1) Whether the travel document request has been submitted to Laos,

(2) If so, whether Laos has issued travel documents,

(3) If not, what is the anticipated timeline for issuance of travel documents from Laos,

(4) If Laos has denied the request, what, if any, concrete steps have been taken to lawfully remove Moua to a third country, and

(5) The anticipated timeline for Moua's removal from the United States.

**SO ORDERED**.

**SIGNED this 6th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE