**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **YANG KOUA MOUA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-484-KC** |
| | § | |
| **KRISTI NOEM,** | § | |
| | § | |
| **Respondent.** | § | |

## ORDER

On this day, the Court considered Yang Koua Moua's Petition for a Writ of Habeas Corpus, ECF No. 1.  Moua is subject to a final order of removal from 2013, and he asked that the Court order his release, arguing that his detention was unlawful.  *Id.* ¶¶ 76–110.

Respondents now inform the Court that Moua was removed on March 15.  Resp. 1, ECF No. 5; *see id.* Ex A ("Warrant of Removal/Deportation") 2, ECF No. 5-1.  "[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot.  *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)).  Because Moua has been removed, the Petition is now moot.  *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition, ECF No. 1, is **DISMISSED** as moot.  The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 7th day of April, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE